IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN JOHN CABRERA, | 1:10-cv-00611-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| v. | |
| THOMAS M. MADDOCK, et al, | (ECF No. 11) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff Elvin John Cabrera ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2012, Plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 17, 2012         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE