UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN JOHN CABRERA,<br><br>          Plaintiff,<br><br>     v.<br><br>THOMAS M. MADDOCK, et al.,<br><br>          Defendants. | CASE NO. 1:10-cv-00611-LJO-MJS (PC)<br><br>**ORDER TO PLAINTIFF TO SUBMIT SERVICE DOCUMENTS** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On June 1, 2015, Plaintiff's First Amended Complaint was screened and service was found appropriate for Defendants J. Gentry, E. Sanchez, Sigsten, M. Buechner, D. Jakabusky, and B. Kingston. (ECF Nos. 16, 23.) Plaintiff was thereafter directed to submit service documents for these six defendants on or before August 21, 2015. (See ECF No. 23.) Plaintiff has now submitted service documents, but for only three of the six Defendants: Kingston, Jakabusky, and Buechner. (See ECF No. 24.) It is unclear if this partial submission was an oversight on Plaintiff's part or if he intends to drop his claims as to Defendants Gentry, Sanchez, and Sigsten.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall submit service documents for Defendants Gentry, Sanchez, and Sigsten within twenty-one (21) days

from the date of this order or be deemed to have elected to dismissal his claims against those Defendants, and this matter will proceed only as to Defendants Kingston, Jakabusky, and Buechner.

IT IS SO ORDERED.

Dated: August 31, 2015        /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE