1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    ELVIN JOHN CABRERA,                    Case No.  1:10-cv-00611-LJO-MJS (PC)

            Plaintiff,

12                                           **ORDER REQUIRING PLAINTIFF TO**
      v.                                     **FILE OPPOSITION TO DEFENDANT'S**
13                                           **MOTION TO DISMISS**
      THOMAS M. MADDOCK, et al.,
14                                           **(ECF No. 28)**
            Defendants.
15                                           **TWENTY-ONE (21) DAY DEADLINE**

16

17

18        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

19   rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plainitff's

20   Fourteenth Amendment Due Process claim against Defendants Gentry, Sanchez,

21   Sigsten, Buechner, Jakabusky, and Kingston. (ECF No. 23.)

22        On December 28, 2015, Defendant filed a motion to dismiss for failure to state a

23   claim. (ECF No. 28.) Plaintiff has not filed an opposition or statement of non-opposition

24   to Defendant's motion, and the time for doing so has passed. Local Rule 230(*l*). The

25   Court will give Plaintiff one further opportunity to respond to the motion: <u>Plaintiff must</u>

26   <u>file an opposition or a statement of non-opposition to Defendant's motion to dismiss</u>

27   <u>within twenty-one (21) days from the date of service of this Order.</u> If Plaintiff fails to file

28

1 | an opposition or a statement of non-opposition to the motion, this action may be

2 | dismissed, with prejudice, for failure to prosecute and failure to obey a court order.

3

4 | IT IS SO ORDERED.

5     Dated:    February 12, 2016         /s/ *Michael J. Seng*

6                                  UNITED STATES MAGISTRATE JUDGE